# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN M. BALL,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:16-cv-00029-JCM-NJK

**ORDER**

    The court directed petitioner to show cause why the court should not dismiss this action because petitioner was not in custody at the time he commenced the action, because the action was untimely, and because petitioner did not exhaust his available state court remedies. ECF No. 4. Petitioner has filed a response. ECF No. 9. His statements in the response do not address the court's concerns. Consequently, the action must be dismissed.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice. The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: July 11, 2016.

                                                  JAMES C. MAHAN
                                                United States District Judge